SAM TERNER, for Himself and All Others Similarly Situated, Respondent, v. GLICKSTEIN & TERNER, INC., Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 985.] The following questions are certified: 1. Should the motion to dismiss plaintiff's complaint have been granted on the ground that plaintiff has an adequate remedy at law? 2. Does the complaint state facts sufficient to constitute a cause of action? In the event that the decision of the Court of Appeals be adverse to defendant its time to answer is extended

until twenty days after the determination by the Court of Appeals.  Present —
Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.